# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-4079
_____

Matthew Harker,                          *
                                         *
          Appellant,                     *
                                         *  Appeal from the United States
     v.                                  *  District Court for the
                                         *  Western District of Missouri
United States of America,                *
                                         *       [UNPUBLISHED]
          Appellee.                      *

_____

Submitted:  April 23, 2004

Filed:  May 18, 2004
_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.
_____

PER CURIAM.

     Matthew Harker appeals from the final judgment entered in the District Court[1] for the Western District of Missouri denying him leave to proceed in forma pauperis (IFP) and concluding that his complaint allegations were legally frivolous. Upon careful review, we conclude that the district court did not abuse its discretion in denying IFP status, or err in concluding that Harker's fanciful complaint allegations were frivolous. Accordingly, we affirm. See 8th Cir. 47A(a).

_____

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.